UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| ZIPBUDS, LLC, | Case No.: 16-CV-1857-CAB-JLB |
|---|---|
| Plaintiff, | **DISMISSAL WITH PREJUDICE** |
| v. | |
| 2X MOBILE, INC., | [Doc. No. 12] |
| Defendant. | |

The parties' joint motion to dismiss is **GRANTED**. This lawsuit is **DISMISSED WITH PREJUDICE**. Each party to bear its own costs, expenses, and attorneys' fees.

It is **SO ORDERED**.

Dated: October 13, 2016

_____
Hon. Cathy Ann Bencivengo
United States District Judge